**Order entered June 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00711-CV
No. 05-15-00713-CV
No. 05-15-00714-CV
No. 05-15-00715-CV

**IN RE ROBERT PAYNE WATSON, Relator**

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 064200, 065683, 065684, 062770**

## ORDER

Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/ DAVID EVANS
JUSTICE